IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD CHAPPELL**,            Case No. 4:15 CV 882

                         Judge Christopher A. Boyko

       Petitioner,

                         ORDER

          v.

**DONALD MORGAN**           Magistrate Judge James R. Knepp, II

       Respondent.

On July 16, 2015, Petitioner, a prisoner in state custody, filed a motion for bail requesting release from prison on "his own recognizance bond". (Doc. 24). This motion is DENIED.

IT IS SO ORDERED.

                                                    s/James R. Knepp II
                                            United States Magistrate Judge